Nancy LEONARD, a/k/a Mancy Leonard, Derrick Raymond, Respondents–Below, Appellants,

v.

DSCYF, Petitioner–Below, Appellee.

v.

Faith Rollins, Petitioner–Below, Appellee.

Nancy Leonard, a/k/a Mancy Leonard, Derrick Raymond, DSCYF, Respondents–Below, Appellants,

v.

Jennifer Richardson, Petitioner–Below, Appellee.

No. 431, 2015
No. 433, 2015
No. 435, 2015

Supreme Court of Delaware.

Submitted: May 11, 2016
Decided: May 13, 2016

Court Below: Family Court of the State of Delaware, File Nos. CN14–02877 and 15–13–06TN, Petition Nos. 14–12260 and 15–06708.

Court Below: Family Court of the State of Delaware, File No. CN 15–02144, Petition No. 15–07670.

Court Below: Family Court of the State of Delaware, File No. CN14–03954, Petition No. 14–20181.

AFFIRMED. DISMISSED.

Pablo DAMIANI–MELENDEZ, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 686, 2015

Supreme Court of Delaware.

Submitted: May 11, 2016
Decided: May 13, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1012004307A

AFFIRMED.